**FILED**

**MAY 21 2019**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **19 CR 433** |
| ) | |
| v. ) | Violation: Title 18, United |
| ) | States Code, Section 922(g)(1) |
| CALVIN MCDOWELL ) | |
| ) | **JUDGE LEINENWEBER** |
| | **MAGISTRATE JUDGE COLE** |

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about December 16, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CALVIN MCDOWELL,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a loaded Glock model 23 pistol, bearing serial number EHK617US, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in this offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock model 23 pistol, bearing serial number EHK617US, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY